

# NUMBER 13-22-00444-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**VIRGILIO PEÑA,** **Appellant,**

**v.**

**NEXT HOME RGV REALTY, LLC
AND VERONICA L. ONTIVEROS** **Appellees.**

---

**On appeal from County Court at Law No. 1
of Hidalgo County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Benavides, Tijerina, and Peña
Memorandum Opinion by Justice Benavides**

This matter is before the Court on appellant's motion to dismiss. Appellant no longer wishes to pursue this appeal.

The Court, having considered the unopposed motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed.

In accordance with the unopposed motion, costs will be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). Because the appeal is dismissed at appellant's request, no motion for rehearing shall be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
19th day of January, 2023.